UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 15-8340-MWF(MRWx)**                                      Dated: **January 15, 2016**

Title:   Michael Rocca -*v*- 99 Cents Only Stores, LLC, et al.

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

    Cheryl Wynn                                               None Present
    Relief Courtroom Deputy                         Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

    None Present                                             None Present

PROCEEDINGS (IN CHAMBERS):      COURT ORDER

    In light of the Notice of Settlement filed January 14, 2016 [13], the Court sets a hearing on Order To Show Cause Re Dismissal for **March 14, 2016 at 11:30 a.m.**  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  *All other dates are hereby vacated.*

    **IT IS SO ORDERED.**

MINUTES FORM 90                                         Initials of Deputy Clerk   cw
CIVIL - GEN